IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-MJ-1029

IN RE: SEIZURE WARRANT FOR :
:
Contents of Bank of America :
account #000653598540 and :
Merrill Lynch Securities :
account #00655011351 in the :
name David Wiest :

## ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 22nd day of January, 2014.

WILLIAM A. WEBB
United States Magistrate Judge